**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Joseph Bean, )
 )
    Plaintiff, )   Case No.:  4:25-cv-01573
 )
v. )
 )
 )
Transworld Systems, Inc )
 )
    Defendant. )
 )

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) Plaintiff, Joseph Bean dismisses this action with prejudice against Defendant Transworld Systems Inc.  Each party to bear their own costs and attorneys' fees incurred herein.

By:  /s/ Matthew P. Cook
    Cook Law, LLC
    Matthew P. Cook #62815
    Attorney for Plaintiff
    2885 Sanford Ave SW #42270
    Grandville, MI 49418
    Phone:  314-200-5536
    Email:  Cookmp21@yahoo.com

*Attorney for Plaintiff*

By:  */s/ Michael D. Alltmont*
Michael D. Alltmont
Sessions, Israel, & Shartle, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, Louisiana 70002
Tel: (504) 846-7954
Fax: (504) 828-3737
Email: malltmont@sessions.legal
*Attorney for Defendant*

**<u>Certificate of Service</u>**

   The undersigned certifies that a true copy of the foregoing were sent to the Court's electronic filing system on the 11th day of June, 2026 and was accordingly electronically served to all appropriate parties.


          __/s/ Matthew P. Cook, Esq.____